UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>SON VAN NGUYEN,<br><br>  Movant.<br>_____<br><br>SON VAN NGUYEN,<br><br>  Petitioner,<br><br>  v.<br><br>ANDRE MATEVOUSIAN,<br><br>  Respondent. | No.  2:99-cr-0433 WBS AC<br>       2:16-cv-1442 WBS AC<br><br>RELATED CASE ORDER<br><br><br><br><br><br>No.  2:15-cv-2572 DB P |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a).  The actions involve the same transaction or event and similar questions of fact and law.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the

1

result that the actions are assigned to the same magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge or magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the action denominated as 2:15-cv-2572 DB P is reassigned to Magistrate Judge Allison Claire[1] for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:15-cv-2572 AC P.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: September 15, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the parties in 2:15-cv-2572 DB P have consented to magistrate judge jurisdiction (ECF Nos. 7, 11), that case will be reassigned only as to the magistrate judge and will not be assigned to the district judge presiding over 2:99-cr-0433 WBS AC.

2